No. 86–1066. GIBSON v. MOBIL PRODUCING TEXAS & NEW MEXICO, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–1069. WAGNER ET AL. v. BRAZAS ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 86–1072. NEW YORK v. P. J. VIDEO, INC., DBA NETWORK VIDEO, ET AL. Ct. App. N. Y. Certiorari denied.

No. 86–1073. GREAT COMMONWEALTH LIFE INSURANCE CO. ET AL. v. BRANCH BANK & TRUST CO. ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–1075. MEEHAN v. PPG INDUSTRIES, INC. C. A. 7th Cir. Certiorari denied.

No. 86–1076. PRIETO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–1078. GOICHMAN v. DEPARTMENT OF MOTOR VEHICLES OF THE STATE OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 86–1084. BOYLES ET AL. v. ALMOND ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–1086. RIVERA v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 86–1087. A & E SUPPLY CO., INC. v. NATIONWIDE MUTUAL FIRE INSURANCE CO. C. A. 4th Cir. Certiorari denied.

No. 86–1090. NATION v. EL DORADO SCHOOL DISTRICT ET AL. C. A. 8th Cir. Certiorari denied.

No. 86–1091. LARSON v. O'CONNELL ET AL. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 86–1093. GUCCIONE v. HUSTLER MAGAZINE, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–1094. STATON v. MAYES ET AL. C. A. 10th Cir. Certiorari denied.